UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CARLA VISENDI, an individual, et al.,

        Plaintiffs,

        v.

BANK OF AMERICA, CORPORATION, a corporation, et al.,

        Defendants.

        NO. CIV. 2:11-02413 WBS GGH

        ORDER OF RECUSAL

----oo0oo----

        Because the spouse of one of my law clerks owns a small amount of stock in the Bank of America, I must recuse myself from this case for the reasons stated in <u>Amstadter v. Bank of America</u>, Civ. No. 2:09-2826, 2009 WL 5206640 (E.D. Cal. Dec. 22, 2009).

        IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.  All dates pending before the undersigned are hereby vacated.

1

DATED:  September 13, 2011

/s/ William B. Shubb
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE