Glenn H. Wechsler, State Bar No. 118456
LAW OFFICES OF GLENN H. WECHSLER
1646 North California Boulevard, Suite 450
Walnut Creek, California  94596
Telephone (925) 274-0200

Attorneys for Defendant
WMC MORTGAGE LLC, formerly known
As WMC MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CARLA VISENDI, an individual, et al., | CASE NO.:  2:11-cv-02413-MCE-GGH |
| Plaintiffs, | The Honorable Morrison C. England, Jr. |
| vs. | **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| BANK OF AMERICA CORPORATION, et al., | |
| Defendants. | New Response Date:  October 15, 2011 |

    IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs CARLA VISENDI, et al. (hereafter "Plaintiffs") and defendant WMC MORTGAGE LLC, formerly known as WMC MORTGAGE CORPORATION (hereafter "WMC" ), as follows:

    WMC's time to file its response to the complaint is extended up to and including October 15, 2011.

    IT IS SO ORDERED.

Dated:  October 14, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE