**THOMPSON & COLEGATE LLP**
3610 Fourteenth Street
P. O. Box 1299
Riverside, California 92502
Tel:  (951) 682-5550
Fax: (951) 781-4012

JOHN A. BOYD (SBN 089394)
jboyd@tclaw.net
JENNIFER R. WONG (SBN 253755)
jwong@tclaw.net

Attorneys for Defendant, PROVIDENT SAVINGS BANK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA VISENDI, et al, | CASE NO. 2:11-cv-02413-MCE-GGH |
| Plaintiffs, | JUDGE:  Hon. Morrison C. England, Jr. |
| v. | **ORDER ON DEFENDANT PROVIDENT SAVINGS BANK'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON BANK OF AMERICA DEFENDANTS' MOTION TO DISMISS COMPLAINT** |
| PROVIDENT SAVINGS BANK, et al, | |
| Defendants. | |
| | TRIAL DATE:    None yet set
ACTION FILED:  August 17, 2011 |

Having reviewed Defendant PROVIDENT SAVINGS BANK's Request To Appear Telephonically At Hearing On Bank Of America Defendants' Motion To Dismiss Complaint, and therefore finding good cause, THIS COURT HEREBY ORDERS AS FOLLOWS:

///

///

///

///

Jennifer R. Wong, counsel for PROVIDENT SAVINGS BANK, may appear telephonically at the hearing on "Bank of America Defendants' Motion to Dismiss Complaint" on October 20, 2011 at 2:00 p.m. in Courtroom 7 (14th Floor) of this Court. Ms. Wong shall be contacted at her direct telephone number of (951) 320-2728 at approximately 5-10 minutes prior to the scheduled hearing.

Dated: October 17, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE