Kristin L. Crone (SBN #269679)
Terry Thomas (SBN# 133963)- Of Counsel
UFAN Legal Group, PC
1490 Stone Point Dr., Suite 100, Roseville, California 95661
Tel:  (877)791-2247      Fax:  (916)669-9698
kristin@theufan.com; t2esq@yahoo.com

Attorneys for Plaintiffs,
CARLA VISENDI, et al

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA VISENDI, an individual et. al;  ,<br><br>                        Plaintiffs,<br><br>v.<br><br><br>BANK OF AMERICA CORPORATION, a corporation, et. al;<br><br>                        Defendants | No: 2:11-cv-02413-MCE-GGH<br><br>ORDER ON STIPULATED AGREEMENT FOR VOLUNTARY DISMISSAL OF DEFENDANT DESERT COMMUNITY BANK WITHOUT PREJUDICE |

Plaintiffs CARLA VISENDI et. al, and Defendant DESERT COMMUNITY BANK stipulate and agree for a voluntary dismissal of Defendant Desert Community Bank without prejudice.

The motion for Defendant Desert Community Bank's dismissal is granted.

Dated:  October 26, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER