Kristin L. Crone (SBN #269679)
Terry Thomas (SBN# 133963)- Of Counsel
UFAN Legal Group, PC
1490 Stone Point Dr., Suite 100, Roseville, California 95661
Tel:  (877)791-2247        Fax:  (916)669-9698
kristin@theufan.com; t2esq@yahoo.com

Attorneys for Plaintiffs,
CARLA VISENDI, et al

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA VISENDI, an individual et. al;<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, a corporation, et. al;<br><br>Defendants | Case No: 2:11-cv-02413-MCE-GGH<br><br>ORDER re Stipulation to Continue Hearing on Defendant HSBC Bank USA, N.A.'s Motion to Dismiss Plaintiffs' Complaint<br><br>Current Hearing:  November 17, 2011<br><br>New Hearing:     December 15, 2011 |

WHEREIN, plaintiffs Carla Visendi, et al. ("Plaintiffs"), through their attorneys of record, and defendant HSBC Bank USA, N.A. ("HSBC"), through its attorneys of record, have stipulated to continue the hearing date on Defendant HSBC's motion to dismiss, **IT IS HEREBY ORDERED** that the hearing date set for Defendant HSBC's motion to dismiss be continued from November 17, 2011 at 2:00 p.m. before Honorable Morrison C. England, Jr. to December 15, 2011 at 2:00 p.m. before Honorable Morrison C. England, Jr.

Dated:  November 15, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER ON NOTICE OF STIPULATED AGREEMENT FOR CONTINUANCE OF MOTION TO DISMISS HEARING FROM 11/17/11 TO 12/15/11

Judge