Kristin L. Crone (SBN #269679)
Terry Thomas (SBN# 133963)- Of Counsel
UFAN Legal Group, PC
1490 Stone Point Dr., Suite 100, Roseville, California 95661
Tel:  (877)791-2247        Fax:  (916)669-9698
kristin@theufan.com; t2esq@yahoo.com

Attorneys for Plaintiffs,
CARLA VISENDI, et al

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA VISENDI, an individual et. al;<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, a corporation, et. al;<br><br>Defendants | No: 2:11-cv-02413-MCE-GGH<br><br>ORDER ON STIPULATED AGREEMETN FOR VOLUNTARY DISMISSAL OF DEFENDANT SOUTH PACIFIC FINANCIAL CORPORATION WITHOUT PREJUDICE |

Plaintiffs CARLA VISENDI et. al, and Defendant SOUTH PACIFIC FINANCIAL CORPORATION stipulate and agree for a voluntary dismissal of Defendant South Pacific Financial Corporation without prejudice.  The motion for Defendant South Pacific Financial Corporation's dismissal is granted.

Dated:  November 16, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATED AGREEMETN FOR VOLUNTARY DISMISSAL OF DEFENDANT
SOUTH PACIFIC FINANCIAL CORPORATION WITHOUT PREJUDICE