Kristin L. Crone (SBN #269679)
Terry Thomas (SBN# 133963)- Of Counsel
UFAN Legal Group, PC
1490 Stone Point Dr., Suite 100, Roseville, California 95661
Tel:  (877)791-2247         Fax:  (916)669-9698
kristin@theufan.com; t2esq@yahoo.com

Attorneys for Plaintiffs,
CARLA VISENDI, et al

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA VISENDI, an individual et. al; ' <br><br> Plaintiffs, <br><br> v. <br><br><br> BANK OF AMERICA CORPORATION, a corporation, et. al; <br><br> Defendants | Civil Case No: 2:11-cv-02413-MCE-GGH <br><br><br> ORDER ON STIPULATED AGREEMENT FOR VOLUNTARY DISMISSAL OF DEFENDANT PINE MOUNTAIN LAKE ASSOCIATION WITHOUT PREJUDICE |

Plaintiffs CARLA VISENDI et. al, and Defendant PINE MOUNTAIN LAKE ASSOCIATION stipulate and agree for a voluntary dismissal of Pine Mountain Association without prejudice.  The motion for PINE MOUNTAIN LAKE ASSOCIATION's dismissal is granted.

Dated:  November 22, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATED AGREEMETN FOR VOLUNTARY DISMISSAL OF DEFENDANT PINE MOUNTAIN LAKE ASSOCIATION WITHOUT PREJUDICE