| | |
|---|---|
| 1 | PHILIP BARILOVITS (State Bar No. 199944) |
|   | SEVERSON & WERSON |
| 2 | A Professional Corporation |
|   | One Embarcadero Center, Suite 2600 |
| 3 | San Francisco, CA  94111 |
|   | Telephone:  (415) 398-3344 |
| 4 | Facsimile:  (415) 956-0439 |
| 5 | Attorneys for Defendant |
|   | WELLS FARGO BANK, N.A. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CARLA VISENDI, an individual; AZEDAH MARY AFZALI, an individual; RACHELLE AMINI, an individual; SHAVON AMINI, an individual; TROY ANDERSON, an individual; GILBERT BARROW, an individual; UNADELLA BARROW, an individual; ARMANDO BARZAGHI, an individual; GREGORY BAUGHMAN, an individual; JENNIFER BAUGHMAN, an individual; DEBRA ANN BERNABE, an individual; LINDA BERNARDI, an individual; LYDIA BORROMEO, an individual; RAUL BORROMEO, an individual; MICHAEL BYER, an individual; CAROL CAMPOS, an individual; LARRY CAMPOS, an individual; CORETTA CANTLEY, an individual; MARIBEL CASTILLO, an individual; AMIE CHAPMAN, an individual; MATT CHAPMAN, an individual; MARIACHIN, an individual; RONALD CHIN, an individual; ANTHONY CLIFTON, an individual; SHELLY CLIFTON, an individual; CHICO COLEMAN; an individual; SHANNA COLEMAN; an individual; JAY CUCCIA, an individual; JUSTIN DAY, an individual; DANIEL DE LEON, an individual; MARY DE ROSALES, an individual; ANDRE EDMONDS, an individual; DEGEFU EJIGAYEHU, an individual; SHARON Fairbanks, an individual; RANDOLPH FOREST, an individual; PAUL FRAGA, an individual; | Case No. 2:11-cv-02413-MCE-GGH<br><br>[Former Sacramento County Sup. Court Civil Case No. 34-2011-00109314]<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER TO COMPLAINT** |

- 2 -

1  GRACE FERRIS, an individual;
   STEVEN FERRIS, an individual;
2  GARY FRENCH, an individual;
   MARY FRENCH, an individual;
3  BONNIE GALLEGOS, an individual;
   BERNARDO GANO, an individual;
4  MARTHA ANNE GARCIA, an individual;
   GERALD GOLDSTEIN; an individual;
5  SILVIA GOURIAN, an individual;
   LAURA GREGERSEN, an individual;
6  DEBRA HERMAN, an individual;
   JAMES HERMAN, an individual;
7  VINCENTE HERNANDEZ, an individual;
   ZORENE HERNANDEZ, an individual;
8  DIANE HOPKINS, an individual;
   RON HOPKINS, an individual;
9  ONGART ITTIV AMEETHAM, an individual;
10 NORA JAUREGUI, an individual;
   RUBEN JAUREGUI, an individual;
11 MICHAEL JENSON, an individual;
   JODI JOHNSON, an individual;
12 NEIL JOHNSON, an individual;
   BEVERLY JOINER, an individual;
13 DALE JONES, an individual;
   GRACE JONES, an individual;
14 GARY JONES, an individual;
   JEANNIE KING SCURLOCK, an individual;
15 AVA KNOSE, an individual;
16 JAN LEWIS, an individual;
   MAURA LEOS, an individual;
17 MANUEL LEOS, an individual;
   JOHN HUMBERTO LOZANO, an individual;
18 MELICIO MAGDAUYO, an individual;
19 PHYLLIS MAGDAUYO, an individual;
   RICHARD MASUD, an individual;
20 JUDITH MCPARLAND, an individual;
   LARRY MCPARLAND, an individual;
21 ROBERT MEAGLIA, an individual;
   VICKY MEAGLIA, an individual;
22 LORI MEISEL, an individual;
   EVANGELINA MELCHOR, an individual;
23 JESUS MELCHOR, an individual;
   MARVIN MENDONCA, an individual;
24 BETH MENDONCA, an individual;
   HARRIETTE MIDDLETON; an individual;
25 ESTELLA MIMMS, an individual;
26 FEREIDOON MOHAMMADI, an individual;
27 APRILLA MORALES, an individual;
   LUIS MORALES, an individual;
28 Michelle MOSES, an individual;
   LIDA MUSESIAN, an individual;

| | |
|---|---|
| 1 | YERVAN MUSESIAN, an individual; |
| | ROBERT NACHTSHEIM, an individual; |
| 2 | KARINA NACHTSHEIM, an individual; |
| | JUDITH NEESE, an individual; |
| 3 | RONALD NEESE, an individual; |
| | DAVID LEE NOLAN, an individual; |
| 4 | JUDY NOLAN, an individual; |
| | KATHY OLSEN, an individual; |
| 5 | ANGELINA ORTIZ, an individual; |
| | LEODAN ORTIZ, an individual; |
| 6 | MELODY PARTDRIDGE, an individual; |
| | WILLIAM PARTRIDGE, an individual; |
| 7 | ANTHONY PEREZ, an individual; |
| | DANIEL S. PITTL, an individual; |
| 8 | WENDRAS WORD POEDJORAHARDJO, an individual; |
| 9 | MICHELLE POEHLMAN, an individual; |
| | STEPHEN POEHLMAN, an individual; |
| 10 | AUGUSTINE QUINTERO, an individual; |
| | PETRA QUINTERO, an individual; |
| 11 | VAN RANDON, an individual; |
| | ALEJANDRO RICO JR., an individual; |
| 12 | ROBERT ROBLEDO, an individual; |
| | SHARON ROBLEDO, an individual; |
| 13 | ALFREDO RODRIGUEZ, an individual; |
| | SANDRA RODRIGUEZ, an individual; |
| 14 | DEBRA RICO, an individual; |
| | MARIO SANTIAGO, an individual; |
| 15 | SALLY SHEEETS, an individual; |
| | TIMOTHY SHEETS, an individual; |
| 16 | JAVIER SOTELO, an individual; |
| | SILVINO TAPIA, an individual; |
| 17 | LINDA TEDJASUKMANA, an individual; |
| | BYRON THINGER, an individual; |
| 18 | DONNA TOSCANO, an individual; |
| | MARIA UY, an individual; |
| 19 | NI CASTER UY, an individual; |
| | MONEIK VANGINKEL, an individual; |
| 20 | MELANI VERANO, an individual; |
| | MICHAEL VERANO, an individual; |
| 21 | SERAFIN VILLANUEVA, an individual; |
| | JACKIE WALKER, an individual; |
| 22 | STEVEN WALKER, an individual; |
| | JEANNE WARD, an individual; |
| 23 | STEWART WARD, an individual; |
| | CURT WASSERMAN, an individual; |
| 24 | PAMELA LYNN ORTON WEATHERLY. an individual; |
| 25 | NYRE WILLIAMS, an individual; |
| | WOLDEMEAMLAKE |
| 26 | WOLDEYOHANNES, an individual; |
| | BING YOUNG, an individual; |
| 27 | CHARLES ZETTLE, an individual, and ROES 1 through 1,000, inclusive, |
| 28 | Plaintiffs, |

55000/0060/1001676.1                                                STIPULATION

| | |
|---|---|
| 1 | vs. |
| 2 | |
| 3 | BANK OF AMERICA CORPORATION, a corporation; |
| 4 | BANK OF NEW YORK MELLON CORPORATION, a corporation; |
| 5 | COUNTRYWIDE FINANCIAL CORPORATION, a corporation; |
| 6 | COUNTRYWIDE HOME LOANS, INC., a corporation; |
| 7 | BANK MORTGAGE SOLUTIONS, LLC, a limited liability corporation; |
| 8 | BAC HOME LOANS SERVICING, a corporation; BANK OF NEW YORK TRUST COMPANY, a corporation; |
| 9 | BENCHMARK MORTGAGE CORPORATION, a corporation; |
| 10 | CITIMORTGAGE, a corporation; |
| 11 | CTC REAL ESTATE SERVICES, INC., a corporation; |
| 12 | DESERT COMMUNITY BANK, a corporation; HSBC BANK, a corporation; |
| 13 | FANNIE MAE, a corporation; FIRST FRANKLIN FINANCIAL CORPORATION, a corporation; |
| 14 | HOME SAVERS, INC., a corporation; |
| 15 | LEHMAN BROTHERS, INC., a corporation; MOUNTAIN STATES MORTGAGE CENTERS, INC., a |
| 16 | corporation; |
| 17 | NL INC., a corporation; PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC., a corporation; |
| 18 | PINE MOUNTAIN LAKE ASSOCIATION, a corporation; |
| 19 | PROVIDENT SAVINGS BANK, a corporation; RECONTRUST COMPANY, |
| 20 | NA, a California entity, form unknown; SCME MORTGAGE BANKERS, INC., a |
| 21 | corporation; |
| 22 | SOUTH PACIFIC FINANCIAL CORPORATION, a corporation; |
| 23 | WASHINGTON MUTUAL BANK, a corporation; WELLS FARGO, a corporation |
| 24 | WMC MORTGAGE CORP., a corporation; and DOES 1 through 100, inclusive, |
| 25 | |
| 26 | Defendants. . |
| 27 | |
| 28 | |

- 4 -

55000/0060/1001676.1                                                                                              STIPULATION

Plaintiffs and Defendant Wells Fargo Bank hereby stipulate and agree by and through their attorneys of record as set forth below.

1. On August 17, 2011, Plaintiff filed a complaint with Sacramento Superior Court commencing this action in Case 34-2011-00109314.

2. On September 12, 2011, Defendant BAC Home Loans Service removed this case to this Court.

3. Defendant Wells Fargo Bank was formerly represented by Dean A. Christopherson of Dawe & Christopherson, LLP.

4. On December 12, 2011, Defendant Wells Fargo Bank filed a Substitution of Attorney with this Court.

5. Plaintiffs' counsel is in the process of preparing an amended complaint to be filed with this Court.

6. Defendant Wells Fargo Bank will not file an answer or response until 21 days after Plaintiffs have filed their amended complaint with this Court.

Date:  December 15, 2011          By: */s/Philip Barilovits*
                                      PHILIP BARILOVITS
                                      SEVERSON & WERSON
                                      Attorneys for Defendant
                                      WELLS FARGO BANK, N.A.

Date:  December 15, 2011          By: */s/Kristin Crone* as authorized on 12/15/11
                                      Kristin Crone
                                      UFAN Legal Group, PC
                                      Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED

Dated:  December 20, 2011

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

55000/0060/1001676.1                                               STIPULATION