AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA VISENDI et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. et al.,<br><br>    Defendants. | Case No. 2:11-cv-02413 MCE-GGH<br>(Assigned to Hon. Morrison C. England, Jr.)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>First Amended Complaint Filed: July 23, 2012<br><br>Current response date: August 16, 2012<br><br>New response date: September 17, 2012 |

THIS CAUSE is before the Court upon the stipulation by and between plaintiffs Carla Visendi et al. (**Plaintiffs**) and defendant Aurora Loan Services LLC (**Aurora**) to extend time to respond to the first amended complaint by thirty-one days.

GOOD CAUSE APPEARING, the Court approves the Stipulation and orders as follows:

1.   Aurora shall have up to and including September 17, 2012 to file its response to Plaintiffs' First Amended Complaint.

**IT IS SO ORDERED.**

Dated: August 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE