AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
Los Angeles, California 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CARLA VISENDI et al., | Case No. 2:11-cv-02413 MCE-GGH |
|---|---|
| Plaintiffs, | (Assigned to Hon. Morrison C. England, Jr.) |
| v. | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| BANK OF AMERICA, N.A. et al., | First Amended Complaint Filed: July 23, 2012 |
|  | Current response date: August 16, 2012 |
|  | New response date: September 17, 2012 |
| Defendants. | |

THIS CAUSE is before the Court upon the stipulation by and between plaintiffs Carla Visendi et al. (**Plaintiffs**) and defendant Aurora Loan Services LLC (**Aurora**) to extend time to respond to the first amended complaint by thirty-one days.

GOOD CAUSE APPEARING, the Court approves the Stipulation and orders as follows:

1.    Aurora shall have up to and including September 17, 2012 to file its response to Plaintiffs' First Amended Complaint.

**IT IS SO ORDERED.**

Dated:  August 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE