UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA VISENDI, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　　Defendants. | Case No. 2:11-cv-02413 MCE-GGH<br>(Assigned to Hon. Morrison C. England, Jr.)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>First Amended<br>Complaint Filed:　　　July 23, 2012<br>Current Response Date:　August 28, 2012<br>New Response Date:　　September 11, 2012 |

THIS CAUSE is before the Court upon the stipulation by and between plaintiffs Carla Visendi et al. ("Plaintiffs") and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), to extend time to respond to the first amended complaint by 14 days.

GOOD CAUSE APPEARING, the Court approves the Stipulation and orders as follows:

1. Wells Fargo shall have up to and including September 11, 2012, to file its response to Plaintiffs' First Amended Complaint.

IT IS SO ORDERED.

Dated: August 30, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

55000.0060/2335057.1