Kristin L. Crone (SBN 269679)
UFAN Legal Group, PC
1490 Stone Point Dr., Suite 100
Roseville, California 95661
Tel: (916)757-6380    Fax: (916)669-9698
kristin@theufan.com

Attorneys for Plaintiffs,
CARLA VISENDI, et al.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA VISENDI; et al,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; et al,<br><br>Defendants | Case No: 2:11-cv-02413-MCE-GGH<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION** |

Having considered Plaintiffs' request for an extension of time to file an opposition to the Motion to Dismiss filed by Defendants Bank of America, N.A. (for itself and successor by merger to BAC Home Loans Servicing, LP), Countrywide Financial Corporation, Countrywide Home Loans, Inc., Recontrust Company, N.A., Bank of New York Mellon, Federal National Mortgage Association, and the joinders of HSBC Bank, N.A., Bank of the West and U.S. Bank, N.A. ("Defendants"); and finding good cause therefor,

IT IS HEREBY ORDERED that the time for filing Plaintiffs' opposition to Defendants' Motion to Dismiss is extended by one day and now due on Friday, September 7, 2012.

Dated: September 10, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE