UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA VISENDI, et al., | No. 2:11-CV-02413-MCE-GGH |
| Plaintiffs, | |
| v. | **ORDER** |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

On December 20, 2012, this Court remanded the instant case to Sacramento Superior Court. ECF No. 188. Defendants then appealed to the Ninth Circuit. The Ninth Circuit reversed and remanded the order of this Court, holding "that the plaintiffs are misjoined does not undermine federal jurisdiction." Opinion at 15, October 23, 2013, ECF No. 192.

///
///
///
///
///
///
///

1

1 | Pursuant to the Ninth Circuit's opinion in this case and the formal mandate issued
2 | on November 15, 2013, ECF No. 194, it is hereby ordered that all Plaintiffs but the first
3 | named Plaintiff, Carla Visendi, are dismissed without prejudice.
4 | IT IS SO ORDERED.
5 | Dated: December 3, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT