UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA VISENDI, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | No. 2:11-CV-02413-MCE-GGH<br><br>**ORDER** |

The Court is in receipt of the Notice of Voluntary Dismissal (ECF No. 195) filed by the sole remaining Plaintiff, Carla Visendi. This entire action is hereby DISMISSED without prejudice, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: December 26, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1